IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNNIE L. MCCULLOUGH, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>SOCIAL SECURITY )<br>ADMINISTRATION, )<br>)<br>)<br>Defendant. ) | 4:06CV3050<br><br>ORDER to SHOW CAUSE |

This matter is before the court sua sponte. Pursuant to the Prison Litigation Reform Act ("PLRA"), an imprisoned civil plaintiff must pay the court's entire filing fee, either at the outset when filing the complaint, or in installments if the court grants leave to proceed in forma pauperis ("IFP"). The Plaintiff was given until May 1, 2006, to pay the initial filing fee. The filing fee, as of October 31, 2006, in the amount of $56.00 remains unpaid.

IT IS ORDERED:

1. The court assessed an initial partial filing fee in the Prisoner Payment Order; the deadline for payment of the initial fee has expired, and the records of the court show that there has been no payment of the initial fee;

2. Accordingly, by **November 25, 2006,** the plaintiff may file a pleading entitled Response to Order to Show Cause, providing the court with the reason, if any, why this case should not be dismissed without prejudice for lack of prosecution;[1] and

3. In the absence of cause shown in writing and filed by the deadline stated above, this case may be subject, without further notice, to dismissal without prejudice by District Judge Laurie Smith Camp.

DATED this 1st day of November, 2006.

BY THE COURT:

s/ Laurie Smith Camp
United States District Judge

---

[1]See NECivR 41.1, which states in pertinent part: "At any time when it appears that any action is not being prosecuted with reasonable diligence the court may dismiss it for lack of prosecution."

1