IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNIE L. MCCULLOUGH, | ) | CASE NO. 4:06CV3050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Plaintiff's Motion for Leave to Proceed in forma pauperis (Filing No. 19) is granted and shall apply to future proceedings in this matter;

2. This order is entered without prejudice to the Court later entering an order taxing costs in this case;

3. Plaintiff's Motion for Enlargement of Time (Filing No. 27) is granted;

4. The Court's previous order setting the briefing schedule no longer applies (Filing No. 23);

5. Plaintiff's brief in support of the appeal shall be filed on or before Monday, February 5, 2007; and

6. Defendant's brief in opposition to the appeal, if any, shall be filed on or before Monday, March 12, 2007.

DATED this 3rd day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge