IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHNNIE L. MCCULLOUGH, | ) | CASE NO. 4:06CV3050 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) ) | |
| | ) | |
| Defendant. | ) | |

The parties have been unable to brief the issues presented in this appeal because much of the transcript was illegible. A supplemental transcript has been filed, and the time for briefing shall be based upon that filing date. Accordingly,

IT IS ORDERED:

1. Plaintiff's unopposed Motion for an Extension of Time (Filing No. 26) is granted, but the extension of time is modified as stated herein;

2. The Plaintiff shall file his brief in support of the appeal on or before Friday, March 23, 2007;

3. The Defendant shall filed his brief in opposition to the appeal, if any, on or before Monday, April 23, 2007;

4. The matter will be ripe for consideration on April 24, 2007.

DATED this 21st day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge