IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHNNIE L. MCCULLOUGH,** | ) | CASE NO. 4:06CV3050 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.  The Plaintiff's unopposed Motion for Enlargement of Time (Filing No. 30) is granted;

2.  The Plaintiff's brief in support of the appeal shall be filed on or before Monday, April 23, 2007; and

3.  The Defendant shall file his brief in opposition to the appeal, if any, on or before Wednesday, May 23, 2007.

DATED this 2nd day of April, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge