IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHNNIE L. McCULLOUGH,** | ) | **CASE NO. 4:06CV3050** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| V. | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| of the Social Security Administration, | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for additional time in which to file his brief. The motion is unopposed.

IT IS ORDERED:

The Defendant's Motion for an Extension of Time to Respond to Plaintiff's Brief (Filing No. 34) is granted. The Commissioner shall filed his brief on or before June 22, 2007.

DATED this 30th day of May, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge