## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHNNIE L. McCULLOUGH,** | ) | **CASE NO. 4:06CV3050** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **V.** | ) | **ORDER** |
| | ) | |
| **MICHAEL J. ASTRUE, Commissioner** | ) | |
| **of the Social Security Administration,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's motion for leave to file a reply brief. The Court finds that leave should be granted, but that the substance of the reply brief should be limited to addressing factual and legal matters not previously addressed in the Plaintiff's main brief.  Accordingly,

IT IS ORDERED:

The Plaintiff's Motion for Leave to File a Reply Brief (Filing No. 37) is granted as follows: The Plaintiff is granted leave to file a reply brief on or before Tuesday, July 31, 2007; and the brief shall be no more than ten (10) pages in length.

DATED this 5th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge