IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHNNIE L. McCULLOUGH,<br>          Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION<br><br>          Defendant. | Case. No. 4:06 CV 3050<br><br><br>ORDER |

This matter is before the Court on the Plaintiff's Motion for Enlargement of time in which to file his brief.  The Plaintiff represents that the Defendant Social Security Administration has no objection to an enlargement of time.  The Court finds the motion should be granted.

IT IS ORDERED:

1.    The Plaintiff's Motion for Enlargement of Time (Filing No. 39) is granted; and

2.    The Plaintiff shall file and serve a reply brief on or before August 7, 2007.

DATED this 30th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge